JOHN McCORMICK v. FIFTY-THREE WEST SEVENTY-SECOND ST., INC., and Another.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

BARNARD I. SMITH v. MARY F. POWELL.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.     ·

ABRAHAM SOTSKY and Others v. JOSEPH BODERMAN.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

SAMUEL SCHWARTZ v. NEW YORK AND HARTFORD RAILROAD COMPANY.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

AARON AARONT v. JOHN GRAUBARD.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

WILLIAM LANG v. HAY FOUNDRY AND IRON WORKS.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

SAMUEL LEVY and Others v. CHRISTIAN E. RAILING.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

JOSEPH RUBIN v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

MOSES TEITELBAUM v. WILLIAM M. BARRETT, as President, etc.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

SAVA REALTY CORPORATION v. MORRIS W. GITLITZ.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

S. J. SMITH & Co., INC., v. DAYTON, PRICE & Co., LTD.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

EDWARD DUBIED & COMPANY v. THE PENNSYLVANIA RAILROAD COMPANY.— Motion granted. Settle order containing questions to be certified on notice. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

BENJAMIN R. KITTREDGE v. ROBERT C. LAWRENCE, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

SELINA A. ENGE v. PHILIP WEINTRAUB, Also Known as " PHIL " WEINTRAUB.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

DAVID SCHWARTZ Co., INC., v. BRANDER & CURRY, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.